UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF CALIFORNIA
(SACRAMENTO DIVISION)

GERARD DURE, JAMES LARSON,
CHRISTIAN GUAL, CECIL SINGLETON,

       Case No. 2:12-CV-00987-WBS-GGH

      PLAINTIFFS

VERSUS

       ORDER CONTINUING STATUS
       CONFERENCE

INTERHEALTH NEUTRACEUTICALS
INCORPORATED, IOVATE HEALTH
SCIENCES, INC., IOVATE HEALTH SCIENCES
RESEARCH, INC., IOVATE HEALTH
SCIENCES GROUP, INC. N/K/A KERR
INVESTMENT HOLDING CORP, IOVATE
HEALTH SCIENCES INTERNATIONAL, INC.,
MUSCLETECH RESEARCH AND
DEVELOPMENT, INC., VITAQUEST
INTERNATIONAL, LLC, GARDEN STATE
NUTRITIONALS, INC., HVL INCORPORATED,
HVL LLC, GNC CORPORATION, GENERAL
NUTRITION CENTERS, INC., RITE AID
CORPORATION, VITAMIN SHOPPE, INC.

      DEFENDANTS

ORDER CONTINUING STATUS CONFERENCE

THIS MATTER having come before the Court on the Plaintiffs' Motion for Continuance,

and this Court having considered all submissions made, finds that said motion is well taken.

**IT IS HEREBY ORDERED** that the motion is **GRANTED, AND** the status conference

initially scheduled for August 20, 2012 is continued to **September 17, 2012 at 2:00 p.m.**

SO ORDERED AND ADJUDGED, this the 7th day of August, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE