UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| GERARD DURE, JAMES LARSON, CHRISTIAN GUAL, CECIL SINGLETON,<br><br>     PLAINTIFFS<br><br>VERSUS<br><br>INTERHEALTH NEUTRACEUTICALS INCORPORATED, IOVATE HEALTH SCIENCES, INC., IOVATE HEALTH SCIENCES RESEARCH, INC., IOVATE HEALTH SCIENCES GROUP, INC. N/K/A KERR INVESTMENT HOLDING CORP, IOVATE HEALTH SCIENCES INTERNATIONAL, INC., MUSCLETECH RESEARCH AND DEVELOPMENT, INC., VITAQUEST INTERNATIONAL, LLC, GARDEN STATE NUTRITIONALS, INC., HVL INCORPORATED, HVL LLC, GNC CORPORATION, GENERAL NUTRITION CENTERS, INC., RITE AID CORPORATION, VITAMIN SHOPPE, INC.<br><br>     DEFENDANTS | Case No. 2:12-CV-00987-WBS-GGH<br><br><br>ORDER CONTINUING STATUS CONFERENCE |

<u>ORDER CONTINUING STATUS CONFERENCE</u>

THIS MATTER having come before the Court on the Plaintiffs' Motion for Continuance, and this Court having considered all submissions made, finds that said motion is well taken.

**IT IS HEREBY ORDERED** that the motion is **GRANTED, AND** the status conference initially scheduled for August 20, 2012 is continued to **<u>September 17, 2012 at 2:00 p.m.</u>**

SO ORDERED AND ADJUDGED, this the 7th day of August, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE